IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,

individually and on behalf of others
similarly situated

Plaintiffs,

v.

HEALTHONE OF DENVER, LLC,
HCA-HEALTHONE, LLC, and
HOSPITAL CORPORATION OF AMERICA,
individually,

Defendants.

---

## ORDER RE: UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD ADDITIONAL PLAINTIFFS, TO CORRECT NAMED DEFENDANTS, TO ADD ADDITIONAL FACTS SUPPORTING VIOLATIONS OF THE FEDERAL LABOR STANDARDS ACT, AND TO AMEND THE CAPTION TO REFLECT SAME
( Docket No 17 )

THE COURT, having reviewed the pleadings, any response filed by the Defendant,

and being advised of the grounds, hereby GRANTS *Unopposed Motion for Leave to Amend*

*the Complaint to Add Additional Plaintiffs, to Correct Named Defendants, to Add Additional*

*Facts Supporting Violations of the Federal Labor Standards Act, and to Amend the Caption*

*to Reflect Same.* The Amended Civil Complaint, attached to Plaintiff's Motion as Exhibit 1, ( D N 17-1 )

is hereby entered as the Amended Complaint for this action. A s of The Date of This Order

So ordered this 23 day of February ,2012.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO