IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
individually and on behalf of others similarly situated,

Plaintiff(s),

v.

HEALTHONE OF DENVER, LLC,
HCA-HEALTHONE, LLC, and
HOSPITAL CORPORATION OF AMERICA, individually,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 28) is GRANTED finding good cause shown. The written Stipulated Protective Order Concerning Confidential Information (docket no. 28-1) is APPROVED and made an Order of Court.

Date:  March 12, 2012