IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGELA VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER

individually and on behalf of others
similarly situated

Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

Defendants.

---

## ORDER AMENDING THE SCHEDULING ORDER
(Docket No.: 46)

---

The Scheduling Order entered on March 2, 2012 [Docket No. 26] is amended as follows:

   a. Discovery Cutoff deadline: November 23, 2012.

   b. Dispositive Motion Deadline: December 21, 2012

   c. Disclosure of Expert Deadline: September 6, 2012

   d. Disclosure of Rebuttal Expert Deadline: October 4, 2012

   e. Deposition Deadline including all experts: November 23, 2012

   f. Service of Interrogatory Deadline: October 18, 2012

g. Service of Request to Produce and Request to Admit Deadline: October 18, 2012

h. Motion for Class Certification Deadline: October 23, 2012 (To Remain Unchanged).

DATED this 27th of July, 2012.

BY THE COURT

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO