IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER,
ANNE EVANSON,
ALICIA WHITEHEAD, and
TERESA SCHAEFFER,
individually and on behalf of others similarly situated,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend the Scheduling Order (Docket No. 55) is granted. The Scheduling Order (Docket No. 26) is thus amended to extend the deadline for disclosure of rebuttal experts up to and including October 15, 2012.

Date: September 19, 2012