IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER,
ANNE EVANSON,
ALICIA WHITEHEAD, and
TERESA SCHAEFFER,
individually and on behalf of others similarly situated,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Extend Discovery for the Purpose of Conducting the Deposition of G. Edward Anderson, Ph.D (Docket No. 60) is granted, and the Scheduling Order is thus amended to extend the deadline for discovery up to and including November 28, 2012, for the sole purpose of deposing Dr. Anderson.

Date: November 20, 2012