IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER,
ANNE EVANSON,
ALICIA WHITEHEAD, and
TERESA SCHAEFFER,
individually and on behalf of others similarly situated,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Stay Discovery (docket no. 66) is DENIED as MOOT.  Judge Martinez has ruled on Plaintiffs' Motion for Conditional Action Certification and for Judicial Notice to Class (docket no. 35).  See docket no. 68.  Moreover, for those additional reasons as outlined in the Defendant's Response (docket no. 70), this motion should be denied.

Date: December 14, 2012