IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER,

individually and on behalf of others
similarly situated

        Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

        Defendant.

---

## ORDER GRANTING PARTIALLY UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND DISPOSITIVE MOTION DEADLINE ( Docket no 72 )

---

THE COURT, having reviewed and considered HealthONE of Denver, Inc.'s Partially Unopposed Motion to Amend the Scheduling Order and Extend Dispositive Motion Deadline, hereby GRANTS the Motion.

IT IS ORDERED that the Scheduling Order, entered March 2, 2012 (Doc. # 26), amended pursuant to the Order Amending the Scheduling Order, entered July 27, 2012 (Doc. # 48), and further amended pursuant to the Minute Order, entered September 19, 2012 (Doc. #57), is amended as follows:

The Dispositive Motion Deadline shall be 30 days following the denial of both Plaintiffs' Motion to Stay and Motion to Extend (whichever is later denied); OR

The Dispositive Motion Deadline shall be 30 days following the close of any additional discovery period.

DATED this 14th day of December, 2012

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO