# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGELA VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER.
ANNE EVANSON, and
ALECIA WHITEHEAD,

individually and on behalf of others
similarly situated

    Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

    Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DISCOVERY TO CONDUCT THE F.R.C.P. 30(b)(6) DEPOSITION OF DEFENDANT HEALTHONE AND THE DEPOSITION OF SHAWN PALMER** (Docket no 61)

---

Upon consideration of Plaintiffs' Motion To Extend Discovery to Conduct the F.R.C.P. 30(b)(6) Deposition of Defendant HealthONE and the Deposition of Shawn Palmer, it is hereby ORDERED that Plaintiffs shall be given until December 31, 2012 to conduct the aforementioned depositions in the above captioned matter.

DATED this 14TH of December, 2012.

BY THE COURT

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO