# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-02888-WJM-MJW                FTR - Courtroom A-502

**Date:**   January 07, 2013                                         Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                                                          <u>*Counsel*</u>

LISA STRANSKY,                                                          Colleen T. Calandra
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON, and
NICOLE WAGNER,
individually and on behalf of others similarly situated,

         Plaintiff(s),

v.

HEALTHONE OF DENVER, LLC,                                 Lisa A. Hogan
                                                                                   Sarah M. Stettner
         Defendant(s).                                                     Martine T. Wells

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION HEARING / STATUS CONFERENCE**
**Court in Session:**   9:30 a.m.
Court calls case. Appearances of counsel.

The Court raises Defendant's Motion for Protective order Regarding Plaintiffs' Request to Conduct the F.R.C.P. [sic] 30(b)(6) Deposition of Defendant Healthone of Denver, Inc. for argument.

Argument on behalf of defendant by Ms. Stettner.
Argument on behalf of plaintiffs by Ms. Calandra.
Rebuttal by Ms. Stettner.

Questions and comments by the Court.

**It is ORDERED:**         Defendant's  MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' REQUEST TO CONDUCT THE F.R.C.P. [sic] 30(b)(6) DEPOSITION OF DEFENDANT HEALTHONE OF DENVER, INC. [Docket No. **81**, filed December 27, 2012]  is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Ms. Hogan on behalf of defendant and Ms. Calandra on behalf of plaintiffs advise the Court of discovery and deadline concerns.  The Court anticipates addressing the deadlines and vacating the Final Pretrial Conference, currently set January 24, 2013 at 9:00 a.m.,  in its written Order regarding the Motion for Protective Order.

Hearing concluded.
**Court in recess:**     10:34 a.m.
Total In-Court Time 01:04

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.