IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02888-WJM

LISA STRANSKY, et al.,

    Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 27 day of February 27, 2013.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiffs

_____
Attorney for Defendant