IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON and
NICOLE WAGNER,

individually and on behalf of others similarly situated,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendant's Unopposed Motion to Vacate Status Conference (Docket No. 123) is GRANTED. The Status Conference set on March 21, 2013, at 9:30 a.m. is VACATED and RESET on August 22, 2013, at 9:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294. It is further

ORDERED that a Scheduling Conference will also be held on August 22, 2013, at 9:30 a.m. The parties shall submit their joint proposed Amended Scheduling Order, based on any opt-in plaintiffs, on or before August 15, 2013.

Date: March 19, 2013