IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON and
NICOLE WAGNER,

individually and on behalf of others similarly situated,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Withdraw Her Motion for a Protective Order Regarding Defendant's Request to Conduct the Deposition of Opt-In Plaintiff, Starla Kirchner (Docket No. 192) and Plaintiff's Unopposed Motion to Withdraw Her Motion for a Protective Order Regarding Defendant's Request to Conduct the Deposition of Opt-In Plaintiff, Henrietta Golyansky (Docket No. 193) are both GRANTED. Accordingly, Docket Nos. 187 and 188 are deemed withdrawn.

Date: January 30, 2014