IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGELA VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON, and
NICOLE WAGNER,
individually and on behalf of others
similarly situated,

Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

Defendant.

and

Civil Action No. 14-cv-0042-WJM-MJW

MILDRED BROOKS,
HAYKE CAPERTON,
JASON CAPERTON,
JENNIFER CAYLOR,
ANGELA ELLIOTT,
JAMES FARQUHAR,
CATHY GORDON,
MICHELLE LUGO,
KATHY OKAMATSU,
ANN MARIE UWANDU, and
SALLY ANN WARDLE,

Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

2

Defendant.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Withdraw Plaintiffs' Motion to Request the Re-Opening of 30(b)(6) Depositions, Doc. No. 218, Without Prejudice (Docket No. 233) is granted. Accordingly, Docket No. 218 is withdrawn without prejudice.

Date: June 24, 2014