**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-2888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGELA VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON, and
NICOLE WAGNER, individually and on behalf of others similarly situated

    Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,,

    Defendant.

and

Civil Action No. 14-cv-0042-WJM-MJW

MILDRED BROOKS,
HAYKE CAPERTON,
JASON CAPERTON,
JENNIFER CAYLOR,
ANGELA ELLIOTT,
JAMES FARQUHAR,
CATHY GORDON,
MICHELLE LUGO,
KATHY OKAMATSU,
ANN MARIE UWANDU, and
SALLY ANN WARDLE,

    Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

    Defendant.

**ORDER ADOPTING JUNE 13, 2014 RECOMMENDATION OF MAGISTRATE JUDGE REGARDING THE DISMISSAL OF TWELVE OPT-IN PLAINTIFFS**

This matter is before the Court on the June 13, 2014 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 227) that twelve Opt-In Plaintiffs be dismissed for failure to prosecute and failure to comply with Court orders.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.[1]  (ECF No. 227, at 6.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

---

[1] The Court's internal records confirm that the Recommendation was electronically mailed to counsel for all parties.

2

(1) The Magistrate Judge's Recommendation (ECF No. 227) is ADOPTED in its entirety;

(2) Pursuant to Federal Rules of Civil Procedure 16(f) and 41(b) the following Opt-In Plaintiffs are hereby DISMISSED WITH PREJUDICE for failure to prosecute, failure to appear, and failure to comply with Court orders.  Each party shall pay her or his own attorney's fees and costs.

>  Daniel Alley II,
>  Stefanie Bailey,
>  Deneen Diehl,
>  Dillon Egan a/k/a Joseph Dillon,
>  Marisol Flores,
>  Denay Jimenez,
>  Illena Kantor,
>  Christy Kroll,
>  Suzanna Miller,
>  Damon Phelps,
>  John Rivera, and
>  Aurora Shinn.

Dated this 3rd day of July, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge

3