**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   11-cv-02888-WJM-MJW    FTR - Courtroom A-502
consolidated with 14-cv-00042-WJM-MJW

**Date:**   July 8, 2014    Courtroom Deputy, Emily Seamon

<u>Parties</u>    <u>Counsel</u>

LISA STRANSKY,                             Katherine Wilson
NATALIE FIORE,                             Elwyn Schaefer
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER, individually and on behalf of
others similarly situated,
MILDRED BROOKS,
HAYKE CAPERTON,
JASON CAPERTON,
JENNIFER CAYLOR,
ANGELA ELLIOTT,
CATHY GORDON,
MICHELLE LUGO,
KATHY OKAMATSU,
ANN MARIE UWANDU, and
SALLY ANN WARDLE,

    Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,              Martine Wells
                                         Sarah Stettner
    Defendant.                         Charles Grell

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: STATUS CONFERENCE / MOTION HEARING
**Court in Session:** 10:01 a.m.
Court calls case. Appearances of counsel.

Counsel confirm they received the Order Adopting June 13, 2014 Recommendation of Magistrate Judge Regarding the Dismissal of Twelve Opt-In Plaintiffs (Doc. No. 243).

The matter before the Court today is Defendant's Motion to Clarify the Number of Depositions it May Take Without Leave of the Court Or, in the Alternative, Defendant's Motion for Leave to Take Additional Depositions and Request for Expedited Consideration (Doc. No. 237).

Counsel agree to certain facts to narrow the scope of the hearing.

Discussion regarding depositions taken and departments and positions within HealthONE.

10:11 a.m.  Argument by Ms. Wells regarding Defendant's Motion to Clarify (Doc. No. 237).

10:13 a.m.  Response by Ms. Wilson.

10:21 a.m.  Reply by Ms. Wells.

**ORDERED:** Defendant's Motion to Clarify the Number of Depositions it May Take Without Leave of the Court Or, in the Alternative, Defendant's Motion for Leave to Take Additional Depositions and Request for Expedited Consideration [Doc. No. 237, filed June 27, 2014] is **GRANTED**. Court grants the request for 11 additional depositions, without leave of Court. Defendant may take 15 more depositions (the original 4 depositions, plus the additional 11 depositions). Each deposition shall be limited to 3 hours. Defendant shall follow the same protocol of providing notice of the depositions to the Plaintiffs. The discovery cut-off is extended to **September 22, 2014**. The dispositive motion deadline is extended to **November 21, 2014**. Plaintiffs are given until **July 22, 2014** to provide individuals to be deposed.

Discussion regarding Defendant providing back-up individuals to be deposed.

Discussion regarding the special master issue and rebuttal disclosure deadline.

Court notes that Judge Martinez will address the motion to appoint a special master (Doc. No. 236).

**ORDERED:** Plaintiff's Oral Motion to Extend Rebuttal Expert Disclosure Deadline is **GRANTED**, up to and including **August 22, 2014**.

Hearing concluded.

**Court in Recess:   10:50 a.m.**

Total In-Court Time:   00:49

To order a transcript of this proceeding, contact  Avery Wood Reports (303) 825-6119  or  Toll Free 1-800-962-3345.