**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   11-cv-02888-WJM-MJW                FTR - Courtroom A-502
consolidated with 14-cv-00042-WJM-MJW

**Date:**   November 13, 2014                                    Courtroom Deputy, Ellen E. Miller

_Parties_                                                                          _Counsel_

LISA STRANSKY,                                                    Karen B. O'Connor
NATALIE FIORE,                                                     Andrew C. Quisenberry
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON, and
NICOLE WAGNER,
individually and on behalf of others similarly situated,

         Plaintiff(s),

v.

HEALTHONE OF DENVER, LLC,                          Lisa A. Hogan
                                                                              Charles E. Grell
         Defendant(s).

and

MILDRED BROOKS,                                               Karen B. O'Connor
HAYKE CAPERTON,                                            Andrew C. Quisenberry
JASON CAPERTON,
JENNIFER CAYLOR,
ANGELA ELLIOTT,
CATHY GORDON,
MICHELLE LUGO,
KATHY OKAMATSU,
ANN MARIE UWANDU, and
SALLY ANN WARDLE,

         Plaintiffs,
v.

HEALTHONE OF DENVER, INC.,                        Lisa A. Hogan
                                                                              Charles E. Grell
         Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:     **STATUS CONFERENCE / MOTIONS HEARING / SHOW CAUSE HEARING**
**Court in Session:**   9:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises the Order to Show Cause [Docket No. 277]  entered by the Court on October 24, 2014 in regard to Opt-In Plaintiffs Jahnine Nassif and Ashlee Fifer as to their failure to appear at their scheduled depositions.
Ms. O'Connor  notes Jahnine Nassif is scheduled for a deposition today, November 13, 2014, at 5:30 p.m. and that a voice mail message was received from Ashlee Fifer stating she had been out of the country and unavailable.

**It is ORDERED:**        The ORDER TO SHOW CAUSE [Docket No. **277**, filed October 24, 2014] is **STAYED** until further order of the Court.
**On or before NOVEMBER 17, 2014,** counsel for the Defendant shall file a written Status Report advising the Court if the deposition of Nassif was conducted successfully  and if the deposition of Fifer is scheduled.

The Court raises [271] Motion for Protective Order  and [273] Motion for Order to Show Cause for argument.  Argument is heard.

**It is ORDERED:**        Defendant's MOTION FOR PROTECTIVE ORDER [Docket No. **271**, filed October 03, 2014]   is **DENIED** for reasons as set forth on the record. Defendant shall provide its responses to the outstanding discovery requests **on or before JANUARY 30, 2015.**

**It is ORDERED:**        Defendant's MOTION FOR AN ORDER TO SHOW CAUSE [Docket No. **273**, filed October 03, 2014] is **GRANTED** for reasons as set forth on the record.  A written ORDER TO SHOW CAUSE shall issue as to the 24 Plaintiffs who failed to submit Verified Interrogatory Responses and the 39 Plaintiffs who failed to return their Interrogatory Response Verification(s) as required by Fed. R. Civ. P. 33(b)(1)(B)(3).
All of the above Plaintiffs' names are listed on the most current list tendered to the Court during this hearing.

A SHOW CAUSE HEARING / STATUS CONFERENCE is set **DECEMBER 19, 2014 at 9:00 a.m.**   in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

No more written discovery shall be had other than responding to the current outstanding written discovery requests.

**It is ORDERED:**      **On or before MARCH 31, 2015,**
                        Defendants may take depositions of
                        Jahnine Nassif,  Ashlee Fifer,  and Tamarin Sessom.
                        **On or before MARCH 31, 2015,**
                        Plaintiffs may take depositions of
                        Sam Coulter,  Larry Tatum,  Mark DeRosett  and 2 survey nurses.

**It is ORDERED:**      Deadline to file Motion for Decertification and any Dispositive Motions is
                        extended to **APRIL 30, 2015.**


HEARING CONCLUDES.

**Court in recess:**   11:02 a.m.
Total In-Court Time:   01:32

To order a transcript of this proceedings, contact  Avery Woods Reporting    (303) 825-6119  or    Toll Free    1-800-962-3345.