IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02888-WJM-MJW (Lead Case)
Civil Action No. 1:14-cv-00042-WJM-MJW (Consolidated Case)

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGIE VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON,
NICOLE WAGNER,

individually and on behalf of others
similarly situated

        Plaintiffs,

and

MILDRED BROOKS,
HAYKE CAPERTON,
JASON CAPERTON,
JENNIFER CAYLOR,
ANGELA ELLIOTT,
CATHY GORDON,
MICHELLE LUGO, and
SALLY ANN WARDLE,

        Consolidated Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

        Defendant.

## ORDER GRANTING THE JOINT MOTION TO STAY PENDING DEADLINES AND NOTICE OF SETTLEMENT IN PRINCIPLE
( Docket No 302 )

THE COURT, having reviewed and considered the Joint Motion to Stay Pending Deadlines and Notice of Settlement in Principle, hereby GRANTS the Joint Motion to Stay Pending Deadlines.

IT IS ORDERED that, until further notice from this Court, all pending deadlines in the above-captioned matters are stayed, including, but not limited to, the deadlines pertaining to HealthONE's answers and responses to Plaintiffs' Second Request for Production of Documents Directed to Defendant, Plaintiffs' Fourth Set of Interrogatories to Defendant, and Plaintiffs' Requests for Admissions to Defendant (see Doc. #285, filed Nov. 13, 2014, Minute Order).

DATED this 28TH day of January, 2015.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO