IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 6, 2015 |
| Court Reporter: Gwen Daniel | Time: fifty-six minutes |

---

Civil Action No. 11-cv-02888-WJM-MJW

| | |
|---|---|
| LISA STRANSKY,<br>NATALIE FIORE,<br>ERIN PEREZ,<br>HELEN GEIST,<br>ANGELA VANLENGEN,<br>BROOKE THOMPSON,<br>MILDRED HAMILTON,<br>NICOLE WAGNER,<br>individually and on behalf of others similarly situated, | Jere K. Bachus<br>Andrew C. Quisenberry |
| Plaintiffs, | |
| v. | |
| HEALTHONE OF DENVER, INC., | Charles E. Grell<br>Lisa A. Hogan<br>Martine T. Wells |
| Defendant. | |

and

Civil Action No. 14-cv-0042-WJM-MJW

MILDRED BROOKS,
HAYKE CAPERTON,
JASON CAPERTON,
JENNIFER CAYLOR,
ANGELA ELLIOTT,
CATHY GORDON,
MICHELLE LUGO, and
SALLY ANN WARDLE,

    Plaintiffs
v.

HEALTHONE OF DENVER, INC.,

    Defendant.

_____

## COURTROOM MINUTES
_____

FAIRNESS HEARING

02:03 p.m.     Court in Session

Appearances

Court's comments

The pending motions before the Court are the Joint Motion For Approval Of Settlement Agreement (ECF No. 310) and Restricted (ECF No. 312).

Argument by Mr. Bachus

Argument by Mr. Grell

Discussion

Court's comments

There is no person in the courtroom with an objection to the proposed settlement.

The Class Administrator has reported to Mr. Bachus that as of Friday afternoon, October 2nd, 2015, no objections to the proposed settlement had been received by the Administrator.

The Court enters findings and rulings on the record.

**ORDERED:** **The Joint Motion For Approval Of Settlement Agreement (ECF No. 310) is GRANTED.**

**Restricted (ECF No. 312) IS APPROVED AND GRANTED IN PART. Plaintiffs have up to and including October 20, 2015 to file itemized invoices of the expert witness expenses which specifically state the source and purpose of each amount requested.**

**The Defendant's unopposed Motion to Decertify Plaintiffs' FLSA Collective Action (ECF No. 307) is GRANTED.**

A written order shall enter fully setting forth the bases for the Court's rulings.

**ORDERED:** **The transcript of this hearing is restricted at Level 1.**

02:59 p.m.        Court in Recess
                  Hearing concluded.