## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 11-cv-2888-WJM-MJW

LISA STRANSKY,
NATALIE FIORE,
ERIN PEREZ,
HELEN GEIST,
ANGELA VANLENGEN,
BROOKE THOMPSON,
MILDRED HAMILTON, and
NICOLE WAGNER,
individually and on behalf of others similarly situated,

    Plaintiffs,

v.

HEALTHONE OF DENVER, INC.

    Defendant.

and

Civil Action No. 14-cv-0042-WJM-MJW

MILDRED BROOKS,
HAYKE CAPERTON,
JASON CAPERTON,
JENNIFER CAYLOR,
ANGELA ELLIOTT,
CATHY GORDON,
MICHELLE LUGO, and
SALLY ANN WARDLE,

    Plaintiffs,

v.

HEALTHONE OF DENVER, INC.,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO REVISE THE COURT'S APPROVAL ORDER**

---

This Court, having received, reviewed and considered the Parties' Joint Motion to Revise the Court's Approval Order (ECF No. 326), hereby ORDERS as follows:

1. The Joint Motion to Revise the Court's Approval Order (ECF No. 327) is GRANTED;

2. The Court will revise the Approval Order so that it does not disclose the financial details of the Settlement Agreement that were the subject of the Court's order restricting access to the Settlement Agreement and Plaintiffs' Petition for Reasonable Attorney's Fees and Costs (ECF No. 314);

3. The Clerk of Court shall replace the original Order Granting Joint Motion for Approval of Settlement Agreement and Granting Plaintiffs' Unopposed Petition for Reasonable Attorneys' Fees and Costs (ECF No. 326) with the Court's Amended Approval Order, which shall be docketed unrestricted; and

4. Notwithstanding the revisions to the Approval Order, all other aspects of the Court's Approval Order, including its original issuance date of November 10, 2015, shall remain the same.

Dated this 24th day of November, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge